```
                                              FILED
                                          2008 JUL 30 PM 12: 21

                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____KMH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 2520 BTM |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| LUIS ALBERTO ALGARA-MONTELONGO, | |
| Defendant. | |

The grand jury charges:

On or about June 10, 2008, within the Southern District of California, defendant LUIS ALBERTO ALGARA-MONTELONGO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CEM:em:San Diego
7/28/08

It is further alleged that defendant LUIS ALBERTO ALGARA-MONTELONGO was removed from the United States subsequent to March 6, 2000.

DATED: July 30, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CALEB E. MASON
Assistant U.S. Attorney