```
                                        FILED
                                   2008 JUL 30 PM 12:19

                                   CLERK US DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                   BY_____✓NH_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08CR 2520 BTM |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| LUIS ALBERTO ) | |
| ALGARA-MONTELONGO, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Luis Alberto Algara-Montelongo</u>, Criminal Case No. 08CR2297-BTM.

DATED: July 30, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

