```
                                    FILED
                                 AUG 1 3 2008
                           CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2520-BTM |
|         Plaintiff, ) | **SUPERSEDING** |
| ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| LUIS ALBERTO ALGARA-MONTELONGO, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |
|         Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about April 20, 2008, within the Southern District of California, defendant LUIS ALBERTO ALGARA-MONTELONGO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CPH:San Diego
8/6/08

## Count 2

On or about June 10, 2008, within the Southern District of California, defendant LUIS ALBERTO ALGARA-MONTELONGO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/13/08

KAREN P. HEWITT
United States Attorney

*Caroline H*
CAROLINE P. HAN
Assistant U.S. Attorney

2