AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

LUIS ALBERTO ALGARA-MONTELONGO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2520-BTM

I, Luis Alberto Algara-Montelongo, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 – Illegal Entry (Misdemeanor);
Title 8, U.S.C., Sec. 1325 – Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER